Wintermute v Palone Enters., LLC (2024 NY Slip Op 00517)

Wintermute v Palone Enters., LLC

2024 NY Slip Op 00517

Decided on February 2, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 2, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND DELCONTE, JJ.

605 CA 23-00234

[*1]HOWARD WINTERMUTE, PLAINTIFF-RESPONDENT,
v
PALONE ENTERPRISES, LLC, DEFENDANT-APPELLANT, ET AL., DEFENDANTS. 

BARCLAY DAMON LLP, ROCHESTER (DAVID M. FULVIO OF COUNSEL), FOR DEFENDANT-APPELLANT.
LAW OFFICES OF KENNETH HILLER, PLLC, AMHERST (TIMOTHY E. HILLER OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

 Appeal from an order of the Supreme Court, Seneca County (Barry L. Porsch, A.J.), entered August 17, 2022. The order, insofar as appealed from, denied that part of the motion of defendants seeking summary judgment dismissing the complaint against defendant Palone Enterprises, LLC. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on September 26 and November 13, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 2, 2024
Ann Dillon Flynn
Clerk of the Court